```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**KEITH LEE FRYE,**

      Plaintiff,

v.        Civil Action No. 2:13-07796

**CAROLYN W. COLVIN,**
Acting Commissioner of the Social
Security Administration,

      Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on August 5, 2015; and the magistrate judge having recommended that the court dismiss Plaintiff's complaint without prejudice, and dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

1. The findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein; and

2. The Plaintiff's complaint be, and it hereby is, dismissed without prejudice, and with leave to refile a new action in this court within thirty (30) days.

**The Clerk is directed to forward copies of this written opinion and order to all counsel of record, any unrepresented parties, and the United States Magistrate Judge.**

DATED: August 27, 2015

John T. Copenhaver, Jr.
United States District Judge